DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FELIPE GARCIA-MACIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-0473 AWI |
| ) | |
| *Plaintiff,* ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE HEARING |
| v. ) | |
| ) | DATE:   February 7, 2011 |
| FELIPE GARCIA-MACIEL, ) | TIME:    9:00 A.M. |
| ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant.* ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 18, 2011, **may be continued to February 7, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel as an offer from the government was just received and communicated to the client.  Mr. Garcia-Maciel would like some additional time to consider the offer and defense counsel also would like additional time to research a prior.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

|  |  |
|---|---|
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| DATED: January 12, 2011 | By: /s/ Ian Garriques |
| | IAN GARRIQUES |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |
| | |
| | DANIEL J. BRODERICK |
| | Federal Defender |
| DATED: January 12, 2011 | By: /s/ Charles J. Lee |
| | CHARLES J. LEE |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | FELIPE GARCIA-MACIEL |

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    January 13, 2011                              _____
                                                                        CHIEF UNITED STATES DISTRICT JUDGE